UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARL UMUNNA,

                    Plaintiff,                    Docket No. 07 Civ. 8791(CM)(DFE)

       -against-                    **NOTICE OF APPEARANCE**


CITY OF NEW YORK, et al.,            This document has been
                                           electronically filed.

                    Defendants.
------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York, and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated: New York, New York
        November 8, 2007

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of
                                    the City of New York
                                    Attorney for defendant City of New York
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 442-0832
                                    (212) 788-9776 (fax)


                                By:   s/ Hugh A. Zuber           .
                                      Hugh A. Zuber (HZ 4935)
                                    Assistant Corporation Counsel

TO:   The Clerk of the Court (By ECF)
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007

CC:   Okechukwu Valentine Nnebe, Esq. (By ECF)
      255 Livingston Street, 4th Floor
      Brooklyn, New York 11217
      Attorney for Plaintiff