| | |
|---|---|
| UNITED STATES DISTRICT COURT | JUDGE MCMAHON |
| SOUTHERN DISTRICT OF NEW YORK | Client: VALENTINE NNEBE |

| | |
|---|---|
| | AFFIDAVIT OF SERVICE |
| | CASE # CV O7 8791 |
| CARL UMUNNA | Plaintiff |
| Vs | |
| THE CITY OF NEW YORK ET AL | Defendants |

County of KINGS, State of New York I, NNAMDI NNOROM being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides RICHMOND COUNTY.

On 10/24/2007 at 7.40PM at 451 WEST 151ST, STREET, NEW YORK NY 10028, Deponent served the within SUMMONS AND COMPLAINT on POLICE OFFICER JORGE ROCHEZ (SHIELD # 02048), by delivering a true copy of each POLICE OFFICER DUCHATELLIER, a person of suitable age and discretion.

Deponent knew said premises to be the recipient's last known business address within the state. Said individual spoken to as the officer authorized to accept service on behalf of the Respondent.

A description of the person served is as follows:
Sex MALE Race/Skin BROWN Color of Hair BALD
Approx. Age 30-40YRS Approx. Height 5'6"-5'9"
Approx. Wt 161-200LBS
Other identifying Features NONE

Sworn to be fore me on this _____
_____ day of _____

_____
Notary Public

**KEHINDE O JOBI**
**Notary Public, State of New York**
**No  02JO5060546**
**Qualified in Bronx County**
**Commission Expires May 20, 2009**

_____
NNAMDI NNOROM
Process Server's Li c #1034003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE MCMAHON
Client: VALENTINE NNEBE

AFFIDAVIT OF SERVICE
CASE # CV O7 8791

CARL UMUNNA                                Plaintiff

      Vs

THE CITY OF NEW YORK ET AL                 Defendants

County of KINGS, State of New York I, NNAMDI NNOROM being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides RICHMOND COUNTY.

On 10/24/2007 at 7.40PM at 451 WEST 151ST, STREET, NEW YORK NY 10028, Deponent served the within SUMMONS AND COMPLAINT on POLICE OFFICER TORRES (SHIELD # 24873), by delivering a true copy of each POLICE OFFICER DUCHATELLIER, a person of suitable age and discretion.

Deponent knew said premises to be the recipient's last known business address within the state. Said individual spoken to as the officer authorized to accept service on behalf of the Respondent.

A description of the person served is as follows:
Sex MALE Race/Skin BROWN Color of Hair BALD
Approx. Age 30-40YRS Approx. Height 5'6"-5'9"
Approx. Wt 161-200LBS
Other identifying Features NONE

Sworn to be fore me on this

_____ day of _____

_____
Notary Public

**KEHINDE O JOBI**
**Notary Public, State of New York**
**No  02JO5060546**
**Qualified in Bronx County**
**Commission Expires May 20, 2009**

_____
NNAMDI NNOROM
Process Server's Li c #1034003

| | |
|---|---|
| UNITED STATES DISTRICT COURT | JUDGE MCMAHON |
| SOUTHERN DISTRICT OF NEW YORK | Client: VALENTINE NNEBE |

AFFIDAVIT OF SERVICE
CASE # CV O7 8791

CARL UMUNNA                                          Plaintiff

Vs

THE CITY OF NEW YORK ET AL                    Defendants

County of KINGS, State of New York I, NNAMDI NNOROM being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides RICHMOND COUNTY.

On 10/24/2007 at 7.40PM at 451 WEST 151ST, STREET, NEW YORK NY 10028, Deponent served the within SUMMONS AND COMPLAINT on DETECTIVE NOEL GARCIA (SHIELD # 01060), by delivering a true copy of each POLICE OFFICER DUCHATELLIER, a person of suitable age and discretion.

Deponent knew said premises to be the recipient's last known business address within the state. Said individual spoken to as the officer authorized to accept service on behalf of the Respondent.

A description of the person served is as follows:
Sex MALE Race/Skin BROWN Color of Hair BALD
Approx. Age 30-40YRS Approx. Height 5'6"-5'9"
Approx. Wt 161-200LBS
Other identifying Features NONE

Sworn to be fore me on this
_____ day of _____

_____
Notary Public

_____
NNAMDI NNOROM
Process Server's Li c #1034003

**KEHINDE O JOBI**
**Notary Public, State of New York**
**No  02JO5060546**
**Qualified in Bronx County**
**Commission Expires May 20, 2009**

UNITED STATES DISTRICT COURT                    JUDGE MCMAHON
SOUTHERN DISTRICT OF NEW YORK                   Client: VALENTINE NNEBE

                                                AFFIDAVIT OF SERVICE
                                                CASE # CV O7 8791
CARL UMUNNA                                      Plaintiff

        Vs

THE CITY OF NEW YORK ET AL                      Defendants

County of KINGS, State of New York I, NNAMDI NNOROM being duly sworn deposes and says Deponent is not
a party herein, is over 18 years of age and resides RICHMOND COUNTY.

On 10/24/2007 at 7.40PM at 451 WEST 151ST, STREET, NEW YORK NY 10028, Deponent served the within
SUMMONS AND COMPLAINT on POLICE OFFICER ROSARIO (SHIELD # 9231), by delivering a true copy of
each POLICE OFFICER DUCHATELLIER, a person of suitable age and discretion.

Deponent knew said premises to be the recipient's last known business address within the state. Said individual
spoken to as the officer authorized to accept service on behalf of the Respondent.

A description of the person served is as follows:
Sex MALE Race/Skin BROWN Color of Hair BALD
Approx. Age 30-40YRS Approx. Height 5'6"-5'9"
Approx. Wt 161-200LBS
Other identifying Features NONE

Sworn to be fore me on this
_____ day of _____

_____
Notary Public

                                                _____
                                                NNAMDI NNOROM
                                                Process Server's Li c #1034003

KEHINDE O JOBI
Notary Public, State of New York
No  02JO5060546
Qualified in Bronx County
Commission Expires May 20, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE MCMAHON
Client: VALENTINE NNEBE

AFFIDAVIT OF SERVICE
CASE # CV O7 8791

CARL UMUNNA
Plaintiff

Vs

THE CITY OF NEW YORK ET AL
Defendants

County of KINGS, State of New York I, NNAMDI NNOROM being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides RICHMOND COUNTY.

On 10/24/2007 at 7.40PM at 451 WEST 151ST, STREET, NEW YORK NY 10028, Deponent served the within SUMMONS AND COMPLAINT on POLICE OFFICER ROMERO (SHIELD # 8835), by delivering a true copy of each POLICE OFFICER DUCHATELLIER, a person of suitable age and discretion.

Deponent knew said premises to be the recipient's last known business address within the state. Said individual spoken to as the officer authorized to accept service on behalf of the Respondent.

A description of the person served is as follows:
Sex MALE Race/Skin BROWN Color of Hair BALD
Approx. Age 30-40YRS Approx. Height 5'6"-5'9"
Approx. Wt 161-200LBS
Other identifying Features NONE

Sworn to before me on this
_____ day of _____

Notary Public

KEHINDE O JOBI
Notary Public, State of New York
No  02JO5060546
Qualified in Bronx County
Commission Expires May 20, 2009

NNAMDI NNOROM
Process Server's Li c #1034003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE MCMAHON
Client: VALENTINE NNEBE

AFFIDAVIT OF SERVICE
CASE # CV O7 8791

CARL UMUNNA

Plaintiff

Vs

THE CITY OF NEW YORK ET AL

Defendants

County of KINGS, State of New York I, NNAMDI NNOROM being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides RICHMOND COUNTY.

On 10/24/2007 at 7.59PM at 610 WEST 139 STREET, APT 6D, NEW YORK NY 10031, Deponent served the within SUMMONS AND COMPLAINT on ANA REYES by delivering a true copy of each to CALVIN REYES a person of suitable age and discretion.
Said premises are recipient's actual place of residence within the state. I asked the person spoken to whether the respondent actually lives at these premises and received an affirmative response.

A description of the person served is as follows:
Sex MALE Race/Skin BROWN Color of Hair BROWN
Approx. Age 19-25YRS Approx. Height 5'6"-5'8"
Approx. Wt 145-165LBS
Other identifying Features MUSTACHE

Deponent asked person spoken to whether the respondent was presently in military service of the United States Government or is dependent on anyone on active duty in the military service in the United States of New York and was informed the respondent was not.

Deponent mailed a copy thereafter on 10/29/2007 by regular first class mail to the recipient's last known place of residence in an official depository under the exclusive care and custody of the U.S. Postal Services within New York State.

Sworn to be fore me on this

_____ day of _____ 2007

_____
Notary Public

**KEHINDE O JOBI**
**Notary Public, State of New York**
**No 02JO5060546**
**Qualified in Bronx County**
**Commission Expires May 20, 2009**

_____
NNAMDI NNOROM
Process Server's Li c #1034003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE MCMAHON
    Client: VALENTINE NNEBE

CARL UMUNNA

AFFIDAVIT OF SERVICE
CASE # CV O7 8791
Plaintiff

        Vs

THE CITY OF NEW YORK ET AL                    Defendants

County of KINGS, State of New York I, NNAMDI NNOROM being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides RICHMOND COUNTY.

On 10/26/2007 at 1.36PM at 100 CHURCH STREET, NEW YORK NY, Deponent served the within SUMMONS AND COMPLAINT on THE CITY OF NEW YORK by delivering a true copy of each to TANEKIA MENDES-GAMMON a person of suitable age and discretion.

Deponent knew said Corporation so served to be the Corporation described in same as said recipient and knew said individual to the officer authorized to accept service on behalf of the Corporation.

A description of the person served is as follows:
Sex FEMALE Race/Skin BLACK Color of Hair BLACK
Approx. Age 28-35 YEARS Approx. Height 5'6"-5'8"
Approx. Wt 131-160LBS
Other identifying Features None

_____ day of _____

Notary Public

NNAMDI NNOROM
Process Server's Li c #1034003

**KEHINDE O JOBI**
**Notary Public, State of New York**
**No 02JO5060546**
**Qualified in Bronx County**
**Commission Expires May 20, 2009**