UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
………………………………………….x
CARL UMUNNA,

                Plaintiff,

  -against-

THE CITY OF NEW YORK, et. al.,

                Defendants.
………………………………………….x

Docket No. 07 CIV.  8791 (CM)(DFE)

**NOTICE OF APPEARANCE**

This document has been electronically filed.

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant ANA REYES and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated: New York, New York
       January 2, 2008

                                  S/ Perry S. Friedman
                                  PERRY S. FRIEDMAN 3976
                                  Attorney for Defendant ANA REYES
                                  460 Park Avenue South, 4th Floor
                                  New York, New York 10016
                                  (212)679-6500
                                  (212) 679-5888 (fax)

TO:  The Clerk of the Court (By ECF)
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007

CC: Okechukwu Valentine Nnebe
     Nnebe & Nnebe
    Attorneys for Plaintiff
    225 Livingston Street, 4th Floor
    Brooklyn, New York 11217

Hugh A. Zuber
New York City Department of Law
100 Church Street
Room 6-308
New York, New York 10007