

# NNEBE & NNEBE

Attorneys at Law

**MEMO ENDORSED**

January 3, 2008

By Facsimile to: 212.805.6325

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/4/08
```

RE:   Carl Umunna v. City of New York, et al.; 07 Civ. 8791 (CM) (DFE)

Dear Judge McMahon:

The undersigned represents the plaintiff in the above referenced matter. I write to the Court to request an adjournment of the Rule 16 Initial Conference scheduled for 1/18/08 at 10:45 a.m. This request is as a result of a conflict I have in a case scheduled for a Settlement Conference on the same 1/18/08 at 10:00 a.m. at the Eastern District in *Carol Miller v. Forest City, CV-06-641*, which will not be over in enough time for me to make it to New York by 10:45 a.m.

This matter was initially scheduled for 12/14/07 but was adjourned for 1/18/08 at the request of the defendants. Counsel for the City of New York, Hugh A. Zuber, Esq. consents to the adjournment, and we are both available on the following dates: 1/18/08 from 1:00 p.m., 1/23/08, 1/24/08, 1/25/08, or 1/30/08, subject to the convenience of the Court.

Thank you for your kind consideration.

Respectfully submitted

O. Valentine Nnebe, Esq.

Cc:   By Facsimile to 212.788.9776

Hugh A. Zuber, Esq.
City of New York – Law Department
100 Church Street
New York, NY 10007

*Handwritten endorsement:* We will move it to the afternoon of 1/18
— Colleen McMahon 1/4/08

255 Livingston Street, 4th Floor • Brooklyn, New York 11217 •
Phone: 718.874.6421 • Fax: 718.502.9953 • E-mail: nnebe@hotmail.com

# FAX COVER

## NNEBE & NNEBE
**ATTORNEYS AT LAW**

255 Livingston Street 4th Floor  
Brooklyn, NY 11217

Phone: 718.874.6421  
Fax: 718.502.9953

| | | | |
|---|---|---|---|
| **TO:** | Hon. Colleen McMahon | **FROM:** | O. Valentine Nnebe |
| **FIRM:** | United States District Court, SDNY | **FIRM:** | NNEBE & NNEBE |
| **FAX:** | 212.805.6326 | **FAX:** | 718.502.9953 |
| **PHONE:** | 212.805-6325. | **PHONE:** | 718.874.6421 |
| **SUBJECT:** | Umunna v. City of New York; 07 Civ. 8791 | **DATE:** | January 3, 2008 |

**COMMENT:**

Number of Copies (including cover): 2

Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please immediately notify the sender by telephone and return the original message to **Nnebe & Nnebe** at the above address via the United States Postal Service at my expense.