UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARL UMUNNA,

                       Plaintiff,                    Docket No. 07 Civ. 8791(CM)(DFE)

      -against-                       **NOTICE OF APPEARANCE**

CITY OF NEW YORK, et al.,                  This document has been
                                                           electronically filed.
                       Defendants.
------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants Jorge Rochez, Noel Garcia, Francisco Torres, Ivan Rosario and Carlos Romero and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
         January 14, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of
                                          the City of New York
                                          Attorney for defendants Jorge Rochez,
                                          Noel Garcia, Francisco Torres, Ivan Rosario
                                          and Carlos Romero
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 442-0832
                                          (212) 788-9776 (fax)


                                          By:   s/ Hugh A. Zuber_____.
                                                 Hugh A. Zuber (HZ 4935)
                                                 Assistant Corporation Counsel

TO: The Clerk of the Court (By ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

CC: Okechukwu Valentine Nnebe, Esq. (By ECF)
255 Livingston Street, 4th Floor
Brooklyn, New York 11217
Attorney for Plaintiff