

# NNEBE & NNEBE

Attorneys at Law

February 28, 2008

**By ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

**RE:    Carl Umunna v. City of New York, et al.; 07 Civ. 8791 (CM) (DFE)**

Dear Judge McMahon:

We are the attorneys for the plaintiff in the above matter, and wish to request for leave to file and amended complaint.  The amendment is only to remove the fourth cause of action for personal injury and to re-number the paragraphs accordingly.  Copy of the proposed amendment is attached.

Thank you for your kind consideration.

                                                      Respectfully submitted

                                                 __/s/O. Valentine Nnebe_____
                                                 O. Valentine Nnebe, Esq. (ON6147)

Cc:    Hugh A. Zuber, Esq.
       City of New York – Law Department
       100 Church Street
       New York, NY 10007

       Perry S. Friedman
       460 Park Avenue South
       New York, NY 10016