UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Carl Umunna,

                07 Civ. 8791 (CM) (DFE)

           Plaintiff(s),

                ORDER OF REFERENCE
   -against-               TO A MAGISTRATE JUDGE

The City of New York, et al,

           Defendant(s).
------------------------------------X

The above entitled action is referred to the Honorable Douglas F. Eaton, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

✓ Specific Non-Dispositive Motion/Dispute:*

   Discovery Dispute

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Habeas Corpus

___ Social Security

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/08

* Do not check if already assigned for general pretrial.

Dated: May 28, 2008
      New York, New York

                                      SO ORDERED:

                                      Hon. Colleen McMahon
                                      United States District Judge