USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/5/08__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

CARL UMUNNA,

                    Plaintiff,

          - against -

THE CITY OF NEW YORK, et al.,

                    Defendants.
----------------------------------x

07 Civ. 8791 (CM)(DFE)

This is an ECF case

MEMORANDUM AND ORDER

DOUGLAS F. EATON, United States Magistrate Judge.

     Judge McMahon (by oral order on May 27, 2008, and by written
order on May 28) issued an Order of Reference to me, to rule on a
specific discovery dispute.  On May 27, from 10:56 to 11:38, I
held a telephone conference during the deposition of Ana Reyes
(the one defendant who is represented by Perry Friedman rather
than by ACC Hugh Zuber).  The reporter at the deposition
transcribed the entire conference, as well as the questioning
that led the attorneys to telephone me.  In essence, plaintiff's
counsel O. Valentine Nnebe was requesting Ms. Reyes to authorize
him to obtain records for her home telephone and her cellphone
- - the records of all calls from October 20, 2006 to February 4,
2007.  Mr. Friedman was objecting.  I directed Mr. Friedman to
ascertain, and to advise Mr. Nnebe, whether the phone companies
still possess such records.  (It turns out that they do.)  I
directed Mr. Nnebe and Mr. Friedman to send me a single joint
letter concerning their dispute.

     Almost three months later, on August 22, while I was on
vacation, my staff (a) received a lengthy fax from Mr. Friedman
followed by a lengthy fax from Mr. Nnebe, and (b) granted Mr.
Friedman until September 9 to send me a reply to Mr. Nnebe's
arguments.  The August 22 faxes show as follows.  By e-mail on
June 16, Mr. Nnebe wrote to Mr. Friedman: "I am yet to receive
the transcript of Ms. Reyes['s] deposition, and will forward it
to you as soon as I receive it."  By e-mail on July 29, Mr. Nnebe
noted that he was in receipt of three copies of the transcript,
but essentially he is refusing to let the witness see a copy of
her testimony unless she pays $292.07.  On August 22, Mr. Nnebe
sent Mr. Friedman (but not me) the portion of the transcript that
covers my telephone conference.

     Mr. Nnebe is asking me to compel some discovery, but he is

-1-

making my task unnecessarily time-consuming.  I hereby direct Mr.
Nnebe to send me, as soon as possible, (a) the portion of the
transcript that covers my telephone conference, and (b) all
portions of the transcript that discuss Ms. Reyes's telephone
calls.  I direct Mr. Nnebe to send Mr. Friedman, as soon as
possible, a copy of the entire transcript of the deposition of
Ms. Reyes.  I allow Ms. Reyes 14 days after Mr. Friedman's
receipt of the entire transcript (a) to review the transcript,
and (b) if there are changes in form or substance, to sign a
statement listing the changes and the reasons for making them.

DOUGLAS F. EATON
United States Magistrate Judge
500 Pearl Street, Room 1360
New York, New York 10007
Telephone: (212) 805-6175
Fax: (212) 805-6181fax

Dated:    New York, New York
          September 5, 2008

Copies of this Memorandum and Order will be sent by electronic
filing to:

O. Valentine Nnebe, Esq.
Hugh A. Zuber, Esq.
Perry S. Friedman, Esq.
Hon. Colleen McMahon